■ STERLING INSURANCE COMPANY, INC., as Subrogee of GRANDMA'S ATTIC, Appellant, et al., Plaintiffs, v MR. COFFEE, INC., Respondent. [665 NYS2d 500] —Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Fisher, J. (Appeal from Order of Supreme Court, Monroe County, Fisher, J.—Set Aside Verdict.) Present—Green, J. P., Lawton, Wisner, Balio and Boehm, JJ.